HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR12-263-RAJ |
| Plaintiff, | |
| v. | ORDER GRANTING MOTION FOR TERMINATION OF SUPERVISED RELEASE |
| JENNIFER MICHELLE CHAPMAN, | |
| Defendant. | |

THIS MATTER has come before the Court on Jennifer Chapman's motion to terminate her remaining period of supervised release. Having reviewed the motion, the records and files herein, as well as the factors set forth in 18 U.S.C. § 3553(a), and there being no opposition by the government,

IT IS NOW ORDERED that Defendant's motion (Dkt. #80) is GRANTED. Ms. Chapman's term of supervised release is terminated pursuant to 18 U.S.C. § 3583(e).

DATED this 24th day of July, 2017.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER FOR TERMINATION
OF SUPERVISED RELEASE
(Jennifer Chapman, CR12-263-RAJ) - 1

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100